UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS L. MATJE,

        Plaintiff,                    No. 13-14791

v.                                District Judge Lawrence P. Zatkoff
                                   Magistrate Judge R. Steven Whalen

MR. ZESTOS, Medical Director,
ET AL.,

        Defendants.
_____/

## ORDER

On November 20, 2013, Plaintiff Thomas L. Matje, an inmate in the custody of the Federal Bureau of Prisons, filed a *pro se* civil complaint pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). On April 2, 2014, he filed the present Motion for Leave to Amend Complaint [Doc. #15].

Under Fed.R.Civ.P. 15(a), a plaintiff may amend the complaint once as of right before a responsive pleading has been filed. In this case, some Defendants have returned waivers of service and some have not yet been served, but no responsive pleadings have yet been filed. Thus, Plaintiff's motion is unnecessary. However, I understand that he is proceeding *pro se*, so for clarity's sake, his motion [Doc. #15] is GRANTED.

Plaintiff shall file an amended complaint, which may include his proposed request for injunctive relief, within 30 days of the date of this Order.

        IT IS SO ORDERED.

Date: April 10, 2014                        S/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 10, 2014, electroinically and/or by U.S. mail.

                                            <u>s/Michael Williams</u>
                                            Case Manager forthe
                                            Honorbale R. Steven Whalen