UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS L. MATJE,

    Plaintiff,

v.

    Case No. 13-cv-14791
    Hon. Matthew F. Leitman

MR. ZESTOS, Medical Director,
*et al.*,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION TO OBJECT TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #56)

On March 9, 2017, Plaintiff Thomas L. Matje ("Matje") requested an extension to file objections to the Magistrate Judge's Report and Recommendation (the "Motion for Extension"). (*See* ECF #56.) **IT IS HEREBY ORDERED** that the Motion for Extension (ECF #56) is **GRANTED**. Matje shall have until March 20, 2017 to file any objections that he may have to the Magistrate Judge's Report and Recommendation (ECF #53).

    **IT IS SO ORDERED.**

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: March 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2017, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113