UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS MATJE,

    Plaintiff,                                                       Case No. 13-cv-14791
                                                              Hon. Matthew F. Leitman

v.

MR. ZESTOS, Medical Director,
*et al.,*

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Court's Order (1) Granting Defendants' Motion for Summary Judgment and (2) Denying Plaintiff's Motion for Summary Judgment, dated March 29, 2017, and the Court's Order (1) Granting Defendant Gidel's Motion to Dismiss for Insufficient Service of Process and (2) Dismissing the Claims Against Defendant Gidel Without Prejudice, dated August 21, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                                                            DAVID J. WEAVER
                                                                            CLERK OF COURT

                                           By:     s/Holly A. Monda
                                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 21, 2017
Flint, Michigan

1